THE PEOPLE OF THE STATE OF NEW YORK ex rel. GREGORY BOOMER, Appellant, v JAMES CONWAY, Superintendent of Attica Correctional Facility, Respondent.

Submitted November 30, 2009; decided January 14, 2010

Reported below, 2009 NY Slip Op 87253(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.